1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

SEP – 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

9          UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12   KAREN HALE,                        )   Case No. CV 11-1916 VAP (MRW)
                                        )
13                    Petitioner,       )
14           vs.                        )   ORDER ACCEPTING FINDINGS AND
                                        )   RECOMMENDATIONS OF
15   J. CAVAZOS, Warden,                )   UNITED STATES MAGISTRATE
                                        )   JUDGE
16                    Respondent.       )
                                        )
17   _____)

18          Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on

19   file, and the Report and Recommendation of the United States Magistrate Judge.

20   Further, the Court has engaged in a de novo review of those portions of the Report

21   to which Petitioner has objected.

22          Petitioner objects to the Magistrate Judge's conclusions that: (a) her third

23   claim is unexhausted under AEDPA; and (b) this Court does not have jurisdiction

24   to consider the claim.  The Court recognizes that the exhaustion requirement under

25   the statute "is not jurisdictional" in a formal sense.  Anderson v. Johnson, 338 F.3d

26   382, 386 (5th Cir. 2003).  However, the law is quite clear that "a state prisoner's

27   federal habeas petition should be dismissed" if it contains unexhausted claims not

28   presented to a state court.  Coleman v. Thompson, 501 U.S. 722, 731 (1991);

1  Rasberry v. Garcia, 448 F.3d 1150, 1154 (9th Cir. 2006) (district court properly
2  dismissed untimely, wholly unexhausted habeas petition).

3      In the present case, the Magistrate Judge correctly concluded that Petitioner
4  did not fairly present her double jeopardy challenge as articulated in her third claim
5  to any state court. Indeed, Petitioner admits that she chose not to present the
6  federal constitutional claim in her renewed state habeas petition even though the
7  Court previously informed her that the claim was not exhausted. (Docket # 29
8  at 3.) The Court agrees with the Magistrate Judge's decision that the federal claim
9  is unexhausted; dismissal of the petition correctly follows from that conclusion.
10 The Court therefore accepts the findings and recommendation of the Magistrate
11 Judge.

12     IT IS ORDERED that Judgment be entered granting the motion to dismiss
13 the Second Amended Petition and dismissing this action without prejudice.

14

15 DATE: Sept 6 2011

16                                   HON. VIRGINIA A. PHILLIPS
17                                   UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28