FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KAREN HALE,

    Petitioner,

vs.

J. CAVAZOS, Warden,

    Respondent.

Case No. CV 11-1916 VAP (MRW)

JUDGMENT

Pursuant to this Court's Order,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: Sept 6 2011

HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE