FILED
CLERK, U.S. DISTRICT COURT

SEP - 6 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN HALE,<br><br>   Petitioner,<br><br> vs.<br><br>J. CAVAZOS, Warden,<br><br>   Respondent. | ) Case No. CV 11-1916 VAP (MRW)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to this Court's Order,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: Sept 6 2011

          /s/ Virginia A. Phillips
          HON. VIRGINIA A. PHILLIPS
          UNITED STATES DISTRICT JUDGE